JOHN R. HABASHY, ESQ.  (SBN 236708)
john@lexiconlaw.com
TIFFANY N. BUDA, ESQ. (SBN 232679)
tiffany@lexiconlaw.com
LEXICON LAW, PC
633 W. 5th Street, 28th Floor
Los Angeles, CA  90071
Telephone:  (213) 223-5900
Facsimile:  (888) 373-2107

[Additional Counsel listed on subsequent page]

Counsel for Plaintiffs David Abitbol,
Orlene Nosek and the Putative Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DAVID ABITBOL , et al.,<br><br>                          Plaintiff,<br>         v.<br><br>TALENT.COM, INC.,  et al.,<br><br>                          Defendants. | Case No. 2:20-cv-06415-FMO-RAO<br><br>Hon. Fernando M. Olguin<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)**<br><br>**CLASS ACTION**<br><br>Service Date: July 30, 2020<br>Current Response Date: Oct. 19, 2020 |
|---|---|

///

///

///

///

///

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)
2:20-cv-06415

**Additional Counsel for Plaintiff and the Putative Class:**
Daniel A. Edelman, Esq. (ILL #00712094)
Admitted Pro Hac Vice
courtecl@edcombs.com
Cathleen M. Combs, Esq. (ILL #00472840)
Admitted Pro Hac Vice
ccombs@edcombs.com
Heather Kolbus, Esq. (ILL #6278239)
Admitted Pro Hac Vice
hkolbus@edcombs.com
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
Telephone:  (312) 739-4200
Facsimile:  (312) 419-0379

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN that pursuant to** Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41-1, Plaintiffs David Abitbol and Orlene Nosek ("Plaintiffs") voluntarily dismiss the above-captioned action, in its entirety, without prejudice, including their individual and their class claims against defendants Talent.com, Inc. and Does 1-10.  Each party is to bear their own costs and attorneys' fees, and no party shall be responsible for the costs and attorneys' fees of any other party.

This dismissal is made without prejudice, whereby Plaintiffs may later advance an action and refile a complaint on their individual claims, as well as their class.

2

Dated: October 19, 2020

**EDELMAN COMBS LATTURNER AND GOODWIN LLC**

By: */s/ Heather Kolbus*
     Heather Kolbus

     Cathleen M. Combs
     Daniel A. Edelman
     Heather A. Kolbus
     20 South Clark Street, Suite 1500
     Chicago, IL 60603

     John R. Habashy
     Tiffany Noelle Buda
     Lexicon Law PC
     633 W. 5th Street, 28th Floor
     Los Angeles, CA 90071

     *Counsel for Plaintiffs*

3

NOTICE OF DISMISSAL WITHOUT PREJUDICE – 2:20-cv-06415

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 19, 2020.

> /s/ Heather Kolbus
> Heather Kolbus

4